UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Juan Guillerm Lopez-Campanella, | File No. 25-cv-1694 (ECT/DTS) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| United States of America, | |
| Respondent. | |

Magistrate Judge David T. Schultz issued a Report and Recommendation on May 8, 2025.  ECF No. 4.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**.

2. Petitioner Juan Guillerm Lopez-Campanella's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED**.

3. This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 6, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court